ACCEPTED
15-25-00035-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 9:50 AM
CHRISTOPHER A. PRINE
CLERK

## D-1-GN-24-009050

Harris County Civil Court at Law 4
Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/25/2025 9:50:21 AM
CHRISTOPHER A. PRINE
Clerk

Steven J Stringfellow
v
Pro Comp USA

## **Docketing Statement**

-Appellant appeals pro se from:

10160 Hwy 242
Ste 800-4117
Conroe, TX
77385
(512) 571-2036

- Notice of Interlocutory Appeal was filed on Mar 13, 2025 in Travis District's 98th Civil Court being presided over by The Honorable Sandra Avila Ramirez.
.

- The originating court granted the Defendant's plea to the jurisdiction and motion to dismiss, with there being only one one Plaintiff and one Defendant.

Defendant in Appellee and Counsel's addresses are as follows:

Texas Comptroller Judiciary Section
111 E. 17th St.
Austin, TX 78711
(512) 936-5985
A dam.Fellows@cpa.texas.gov
Elena.Bendea@cpa.texas.gov

&

Texas Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
(512) 463-2100
Anthony.Dolcefino@oag.texas.gov
Sarah.Orr@oag.texas.gov

- The case is a civil claim for wrongful imprisonment under Texas Civil Practice and Remedies Code Ch 103.

- The appeal is normal, of which a reporter's record is not being requested.

- A statement of inability to afford costs was filed in the original court on 11/01/2024, to which no hearing was held for.

- A supersedeas bond was not filed in this cause.

_____

I, Plaintiff Steven J Stringfellow, hereby certify that all of the foregoing is true and correct under penalty of law.

Statefully Submitted,

_____ Dated: ___03/25/2025___

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

-----------------------------------------------------------------------------------------------------------------------

# Certificate of Service
_____

I certify that a copy hereof has been furnished towards:

Texas Comptroller Judiciary Section
111 E. 17th St.
Austin, TX 78711
(512) 936-5985
Adam.Fellows@cpa.texas.gov
Elena.Bendea@cpa.texas.gov

Texas Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
(512) 463-2100
Anthony.Dolcefino@oag.texas.gov
Sarah.Orr@oag.texas.gov

Return service to:

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com